COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-12-00920-CR

Trial Court Cause
Number:           1344112-CR

Style:            Arturo Petriciolet

                  **v** The State of Texas

Date motion filed[*]:   4-5-2013

Type of motion:   Extend Time to file Appellate Brief

Party filing motion:   Appellant

Document to be filed:

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:   2
    Date Requested:   May 5, 2013

Ordered that motion is:

☐   Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☒   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☒   Other: Appellant's Brief is Ordered to be filed by April 22,2013.  If Appellant's Brief is not then filed, the appeal will be abated for appointment of new appellate counsel.

Judge's signature: Terry Jennings
    ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: 4-8-2013